Judge Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RANDY RICHARDSON and LESLIE RICHARDSON,<br><br>                    Plaintiffs,<br>  v.<br><br>WELLS FARGO INSURANCE SERVICES, USA, INC.,<br><br>                    Defendant. | No. 2:16-cv-01228 TSZ<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY TO TAKE THE DEPOSITION OF TERI WONG |

## I. STIPULATION

The Discovery cutoff date is currently scheduled for May 8, 2017. Counsel have stipulated to conduct the captioned deposition on May 17, 2017 and request an Order be entered as subjoined to this stipulation.

Dated this 8th day of May, 2017

//
//
//

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY
FOR DEPOSITION OF TERI WONG [2:16-cv-01228 TSZ] - 1

**Law Offices Of**
**ROBERT A. GREEN, INC., P.S.**
1900 West Nickerson Street
Fishermen's Center, Suite 203
Seattle, WA 98119
(206) 285-9481 Phone
(206) 284-4525 Fax

LAW OFFICES OF ROBERT A. GREEN, INC., P.S.

s/Robert A. Green, WSBA # 12659
1900 West Nickerson Street
Fishermen's Center, Suite 203
Seattle, WA 98119
(206) 285-9481 Phone
Email: robert@rgreenlaw.com
Attorney for Plaintiffs

ANDREWS - SKINNER, P.S.

s/ Stephen G. Skinner WSBA # 17317
645 Elliott Avenue West
Suite 350
Seattle, Washington 98119
206-223-9248 Phone
Email: Stephen.skinner@andrews-skinner.com
jane.johnson@andrews-skinner.com
Attorney for Defendant

## II. ORDER

IT IS HEREBY ORDERED that the parties' stipulated motion to extend discovery, docket no. 13, is GRANTED. Discovery shall be extended to allow the deposition of Teri Wong to be taken by May 17, 2017.

Dated this 9th day of May, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY
FOR DEPOSITION OF TERI WONG [2:16-cv-01228 TSZ] - 2

**Law Offices Of**
**ROBERT A. GREEN, INC., P.S.**
**1900 West Nickerson Street**
**Fishermen's Center, Suite 203**
**Seattle, WA 98119**
**(206) 285-9481 Phone**
**(206) 284-4525 Fax**