UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDY RICHARDSON AND LESLIE RICHARDSON,

            Plaintiffs,

  v.

WELLS FARGO INSURANCE SERVICES, USA, INC.,

            Defendant.

C16-1228 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oral argument on July 28, 2017, the trial date of August 28, 2017, and all related deadlines are hereby STRICKEN. The Court will reset the trial date, if appropriate, after it rules on defendant's Motion for Summary Judgment, docket no. 15.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of July, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1